United States District Court
Southern District of Texas
FILED

APR 09 2014

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | Criminal No. **M-14-482** |
| | § | |
| GUADALUPE TREVINO | § | |
| Also known as "Lupe Trevino" | § | |

## CRIMINAL INFORMATION

From on or about June 1, 2011 to on or about December 31, 2012, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**GUADALUPE TREVINO**
**Also known as "Lupe Trevino"**

did unlawfully, knowingly and intentionally combine, conspire, confederate and agree with others known and unknown to the grand jury, to knowingly conduct and attempt to conduct a financial transaction that affected interstate and foreign commerce which involved the proceeds of a specified unlawful activity, that is, the distribution of controlled substances which is punishable under Title 21 of the United States Code, and that while conducting or attempting to conduct said transaction the defendant knew that the property or currency involved represented the proceeds of some form of unlawful activity and that the transaction was designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful activity.

In violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and (h).

KENNETH MAGIDSON
UNITED STATES ATTORNEY

JAMES H. STURGIS
Assistant United States Attorney