**U.S. Department of Justice**

*United States Attorney's Office*
*Southern District of Texas*

---

*1000 Louisiana*  *Phone (713) 567-9102*
*Suite 2300*  *Fax (713) 718-3302*
*Houston, Texas  77002*

October 10, 2014

David J. Bradley, Clerk
United States District Court
McAllen, TX

        **Via ECF**

Re:   **Request for Record on Appeal**
      *United States v. Guadalupe Trevino*
      14-CR-00482-M
      5th Cir. No. 14-40770

     This letter is to request pursuant to Federal Rule of Appellate Procedure 11, the electronic copy of the record, including transcripts and exhibits.  When the request is completed, please forward to the following address:  United States Attorney's Office, Appellate Division, 1000 Louisiana #2300, Houston, Texas 77002.

     If shipping via Federal Express or other service, the address is the same as listed above.  If it is necessary to send it by Federal Express, please contact our Appellate Division at 713-567-9102 and we will provide our FedEx Account Number.

                Sincerely,

                KENNETH MAGIDSON
                UNITED STATES ATTORNEY

      By:    /S/Renata A. Gowie
            Renata A. Gowie
            Assistant U.S. Attorney
            Appellate Division
            1000 Louisiana, Suite 2300
            Houston, TX 77002
            (713) 567-9102